JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| DAVID CHRISTOPHER ADAMS | ) ED CV 10-1402-CJC (SH) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| R. GROUNDS, Warden, | ) |
| Respondent. | ) |

    Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: January 14, 2011

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE